WELLS, Judge.
 

 This is a petition for second-tier certio-rari in a case involving a claim for Personal Injury Protection (PIP) benefits. The petition is denied on authority of
 
 United Automobile Insurance Co. v. Santa Fe Medical Center,
 
 21 So.3d 60 (Fla. 3d DCA 2009) (en banc), petition for review pending, No. SC09-2100, proceedings stayed (Fla. Jan. 5, 2010), and
 
 United Automobile Insurance Co. v. Metro Injury & Rehab Center,
 
 16 So.3d 897 (Fla. 3d DCA 2009), petition for review pending, No. SC09-1946, proceedings stayed (Fla. Jan. 5, 2010).
 

 Petition denied.